429 A.2d 54

Commonwealth v. Burns, Appellant.

Submitted March 21, 1980. Allan M. Tabas, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence is affirmed.